STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Kevin M. Dills
Davidson, Meaux, Sonnier
P. O. Drawer 2908
Lafayette LA 70502

**REHEARING ACTION: March 25, 2009**

**Docket Number: 08   01001-CW consolidated with 1,208-CA**

**QUINN L. DUCOTE AND
JUDY DUCOTE
VERSUS
UNION PACIFIC RAILROAD
COMPANY, ET AL.**

**Writ Application from Rapides Parish Case No. 218,842**

**BEFORE JUDGES:**

      **Hon. Ulysses Gene Thibodeaux
      Hon. Elizabeth A. Pickett
      Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Union Pacific Railroad Company** has this day been

      **DENIED.**

cc: Steven Patrick Mansour, Counsel for  the Respondent
    Hon. James David Caldwell, Counsel for the Applicant
    Laurel Irene White, Counsel for the Applicant
    Patricia Jackson Delpit, Counsel for  the Respondent
    Jay Anthony Pucheu, Counsel for  the Respondent
    Elizabeth Sheridan Hardy, Counsel for  the Respondent